# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTIN RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 1:16-cv-03138-ELR |
| GREAT OAK LANDSCAPE GROUP, INC., AND TIM CHRISTIE | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for the parties, as evidenced by signature of counsel below, that the above-entitled action, including but not limited to any and all claims which were brought or could have been brought in the above-styled civil action, are dismissed with prejudice pursuant to rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

This 18th day of October, 2016.

For Plaintiff

/s/ Rick Warren
Rick Warren
Georgia Bar No. 738350
FordHarrison LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
(404) 888-3828

For Defendant

/s/ Oscar E. Prioleau, Jr.
Oscar E. Prioleau, Jr.
Georgia Bar No. 588510
Prioleau & Milfort, LLC
271 17th Street, N.W., Suite 520
Atlanta, GA 30363
(404) 526-9400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARTIN RIVERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION |
| GREAT OAK LANDSCAPE GROUP, INC., AND TIM CHRISTIE, | ) NO. 1:16-cv-03138-ELR ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the font and font size requirements of LR 5.1 (Times New Roman, 14-point) and that I have this day served the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** on opposing counsel using the Court's CM/ECF electronic filing system as follows:

Rick Warren
rwarren@fordharrison.com

This 18th day of October, 2016.

/s/ Oscar E. Prioleau, Jr.
Oscar E. Prioleau, Jr.
Georgia Bar No. 588510
Attorney for Plaintiff

Prioleau & Milfort, LLC
271 17th Street, NW, Suite 520
Atlanta, GA 30363